1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:22-mj-00499 |
| Plaintiff, | ORDER GRANTING MOTION |
| v. | FOR RECONSIDERATION |
| ANTONIO DIEGO BRUGNOLI-BASKIN, | |
| Defendant. | |

16       This matter comes before the Court on Defendant Antonio Diego Brugnoli-Baskin's

17   emergency motion to reconsider the Court's stay of Magistrate Judge Michelle Peterson's release

18   order. Roughly an hour after the Court issued its stay order, Defense counsel submitted the motion

19   via email to all counsel of record and this Court's Courtroom Deputy, explaining that Defense

20   counsel's server was down and she could therefore not file the motion via ECF. The Court attaches

21   the motion to this Order. Dkt. No. 25-1.

22       In its Emergency Motion to Stay Release Order, the Government argued that a stay was

23   necessary because "electronic home monitoring will not keep Mr. Brugnoli-Baskin from accessing

24   children in the community[.]" Dkt. No. 20 at 2. However, the Government neglected to mention

the other special conditions Judge Peterson imposed—namely, "that he remain in his apartment except for very limited purposes, that he wear a GPS ankle monitor so that his compliance with this condition can be monitored, that he not have access to the internet without prior approval and monitoring, that he not have contact with anyone under the age of 18, that he not go to places primarily used by people under the age of 18, and that he submit to a search of person, property, house, residence, any computers, and other electronic devices." Dkt. No. 25-1 at 1–2. The Court finds that these conditions are appropriately tailored to avoid risk to the community while the Court considers the Government's appeal. The Court also notes that Mr. Brugnoli-Baskin was released from custody before the entry of its Order staying Judge Peterson's release order. *See id.* at 2.

The Court GRANTS Mr. Brugnoli-Baskin's Motion to Reconsider Stay Order, Dkt. No. 25-1. The briefing schedule for the Government's appeal will proceed in accordance with the Court's prior Order, Dkt. No. 24 at 2.

Dated this 24th day of October, 2022.

Lauren King
United States District Judge

ORDER GRANTING MOTION FOR RECONSIDERATION - 2